FILED
2012 Apr-12  PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ASHLEY L. MANER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION NO: 2:12-cv-1088** |
| | ) |
| **LINKAN, LLC,** | ) **JURY TRIAL DEMANDED** |
| | ) |
| **d/b/a** | ) |
| | ) |
| **FUGI JAPANESE CUISINE,** | ) |
| | ) |
| **Defendant.** | ) |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant, Linkan, LLC, by certified mail pursuant to Alabama Rule of Civil Procedure 4.1 and Federal Rule of Civil Procedure 4(c)(2)(C)(i).

                                       **/s/ Margaret G. Murphy**

                                       **John D. Saxon**
                                       **Alabama Bar No. ASB-3258-071J**
                                       **Margaret G. Murphy**
                                       **Alabama Bar No. ASB-9372-R76M**
                                       **Attorneys for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 3rd Avenue, North**
**Birmingham, Alabama   35203**
**Telephone:   (205) 324-0223**
**Facsimile:    (205) 323-1853**
**Email:        jsaxon@saxonattorneys.com**
                **mmurphy@saxonattorneys.com**