IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ASHLEY L. MANER, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: CV-12-HS-1088-E |
| LINKAN, LLC D/B/A FUJI JAPANESE CUISINE, | ) |
| Defendant. | ) |

## ANSWER

Linkan, LLC d/b/a Fuji Japanese Cuisine ("Linkan") answers Ashley Maner's Complaint as follows:

1. Denied.

2. Admitted.

3. Denied.

4. Linkan does not challenge jurisdiction, but denies that it engaged in any unlawful employment practice in this judicial district.

5. Admitted.

6. Admitted.

7. Denied.

8. Denied.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied. Maner prepared the statement to which she refers in hopes of receiving unemployment compensation benefits.

18. Denied.

19. Denied.

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Linkan denies any material averment not specifically admitted.

## ADDITIONAL DEFENSES

1. Plaintiff has failed to exhaust administrative remedies.

2. Plaintiff has failed to mitigate damages, if any.

3. Defendant would have the same employment decision in the absence of any illegal motive.

                                                                                     _____
                                                                                     ARTHUR F. FITE, III   (FIT005)
                                                                                     Attorney for Defendant

**OF COUNSEL:**

**THE FITE LAW FIRM, LLC**
Post Office Box 368
Anniston, Alabama 36202
Telephone: (256) 231-9330
Facsimile:   (256) 231-4518

## CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of June, 2012, electronically served a copy of the foregoing on

>John D. Saxon, Esquire
>Margaret G. Murphy, Esquire
>2119 3rd Avenue North
>Birmingham, AL 35203
>***Attorney for Plaintiff***

or placed a copy of same in the United States mail, properly addressed with first class postage prepaid.

_____
ARTHUR F. FITE, III