FILED
2013 Aug-02 AM 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION



ASHLEY MANER

vs                                    Case Number 1:12-CV-1088-VEH

LINKAN, LLC

### PEREMPTORY JURY STRIKES BY PLAINTIFF

An **twelve** person jury will be selected from the jurors remaining after any challenges for cause are granted. You may strike peremptorily up to **seven** of those jurors. The first **twelve** of those jurors not struck by either party will constitute the jury.

1. 6
2. 4
3. 25
4. 1
5. 5
6. 9
7. 27

DATE: 7-29-13

Attorney for ∏ ASHLEY MANER

*Ashley L. Maner*

*[signature]*
Plaintiff

