IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION



| | |
|---|---|
| ASHLEY L. MANER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:12-CV-1088-VEH |
| | ) |
| LINKAN, LLC, d/b/a FUGI | ) |
| JAPANESE CUISINE, | ) |
| | ) |
| Defendant. | ) |

## SPECIAL VERDICT ON INTERROGATORIES

As to <u>each</u> question listed below, do you find from a preponderance of the evidence:

I.   <u>Plaintiff Ashley Maner's Title VII Disparate Treatment Claim</u>

1.   That Linkan discharged Ms. Maner from employment?

   Answer Yes or No   __YES__

If your answer is "No," this ends your deliberations <u>as to this claim</u>, and you should not answer any more questions in this Section I, but instead proceed to the questions in Section II. If your answer is "Yes," go to the next question in this Section I.

2.   That Ms. Maner should be awarded damages to compensate for a net loss of wages to the date of your verdict?

   Answer Yes or No   __YES__

   If your answer is "Yes,"

in what amount? $ 6000.00

3. That Ms. Maner should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No ___YES___

If your answer is "Yes,"

in what amount? $ ~~50,000.00~~ $25,000.00 /nsy

If you did not award damages in response to either Question Nos. 2 or 3, this will end your deliberations as to this claim, and you should not answer any more questions in this Section I, but instead proceed to the questions in Section II. If you awarded damages in response to Question Nos. 2 or 3 (or both), go to Question No. 4 of this Section I.

4. That punitive damages should be assessed against Linkan?

Answer Yes or No ___YES___

If your answer is "Yes,"

in what amount? $ 200,000.00 ~~250,000.00~~ /ncy

II. Plaintiff Ashley Maner's Title VII Retaliation Claim

**As to each question listed below, do you find from a preponderance of the evidence:**

1. That Ms. Maner engaged in protected activity?

Answer Yes or No ___YES___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Linkan discharged Ms. Maner from employment?

   Answer Yes or No   YES

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Linkan took that action because of Ms. Maner's protected activity?

   Answer Yes or No   YES

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Ms. Maner suffered damages because of Linkan's actions?

   Answer Yes or No   YES

5. That Ms. Maner should be awarded damages to compensate for a net loss of wages to the date of your verdict?

   Answer Yes or No   Yes

   If your answer is "Yes,"

   in what amount?   $ 8000.00

6. That Ms. Maner should be awarded damages to compensate for emotional pain and mental anguish?

   Answer Yes or No   Yes

   If your answer is "Yes,"

3

in what amount? $ 25,000.00

If you did not award damages in response to either Question Nos. 5 or 6, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question Nos. 5 or 6 (or both), go to the next question.

7. That punitive damages should be assessed against Linkan?

   Answer Yes or No   Yes

   If your answer is "Yes,"

   in what amount?   $ 50,000.00

   SO SAY WE ALL.

DATE: 8-1-13