# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ASHLEY L. MANER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | 1:12-cv-01088-VEH |
| ) | |
| LINKAN, LLC, ) | |
| ) | |
| d/b/a ) | |
| ) | |
| FUGI JAPANESE CUISINE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

**COMES NOW** the Plaintiff, Ashley L. Maner, by and through her attorneys of record, and hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the trial court's Order (Doc. 51) (Memorandum Opinion in support thereof (Doc. 50)) entered June 13, 2014, granting Plaintiff's Petition for Award of Attorney's Fees and Costs (Doc. 37).

**Respectfully submitted,**

 /s/ John D. Saxon
**John D. Saxon**
**Alabama Bar No. ASB-3258-O71J**
**John D. Saxon, Jr.**
**Alabama Bar No. ASB-5374-H63S**
**Attorneys for Plaintiff**

**OF COUNSEL:**

JOHN D. SAXON, P.C.
2119 3rd Avenue North
Birmingham, AL 35203
Tel:     (205) 324-0223
Fax:    (205) 323-1853
Email:  jsaxon@saxonattorneys.com
           jay@saxonattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appeal on the following counsel of record by filing same with the CM/ECF system, which will send electronic notice to:

Arthur F. Fite, III
A. Freeman Fite, IV
THE FITE LAW FIRM
930 Wilmer Avenue
Regions Bank Bldg.
P.O. Box 368
Anniston, Alabama 35202
arthur@fitelawfirm.com
freeman@fitelawfirm.com

**DONE** this the 11th day of July, 2014.

/s/ John D. Saxon
OF COUNSEL